# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES DALTON BELL,  )  <br> ) <br> Petitioner,  ) <br> ) <br> vs.  ) <br> ) <br> UNITED STATES of AMERICA, et al.,  ) <br> ) <br> Respondents.  ) | CIVIL NO. 08-cv-173-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On May 8, 2008, the Court ordered Petitioner to pay the filing fee for this action or file an *in forma pauperis* motion within thirty days (*see* Doc. 3). Following Petitioner's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

Dated: July 21, 2008.

                                                    s/ J. Phil Gilbert
                                                    **U. S. District Judge**